# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Antwon Walls

                Plaintiff,

v.

                                    Case No.: 1:25−cv−13280
                                    Honorable Joan B. Gottschall

Credit One Bank

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall:

Plaintiff's application to proceed in forma pauperis is granted. The United States Marshal is appointed to serve the summons and complaint. Plaintiff is ordered to provide the U.S. Marshal with completed Form USM−285 on or before November 10, 2025. The U.S. Marshal can be found on the 24th Floor of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604.

The court advises plaintiff of the availability of the William J. Hibbler Memorial Pro Se Assistance Program Help Desk, staffed by volunteer attorneys, for litigants who represent themselves. The help desk operates remotely by video conference or phone. An appointment may be made by calling the Clerk's Office at (312) 435−5671 or by visiting the court's official website at https://www.ilnd.uscourts.gov and clicking on the link titled "Schedule an Appointment with the Hibbler Help Desk " in the "Pro Se/Representing Yourself" section.

Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.